■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGARDO PEREZ, Appellant. [968 NYS2d 383]—Appeals by the defendant from two judgments of the County Court, Orange County (De Rosa, J.), both rendered February 28, 2011, convict-

ing him of gang assault in the first degree under indictment No. 09-00605, and attempted assault in the second degree under Superior Court Information No. 439S-10, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.